CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
ANASTASIA M. BOLES (SBN 224980)
STEPHANIE S. DER (SBN 240576)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:    310-229-1000
Facsimile:    310-229-1001
cconway@akingump.com
gknopp@akingump.com
aboles@akingump.com
sder@akingump.com

Attorneys for DEFENDANT ERNST & YOUNG
LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH LANDON, individually and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br><br>    v.<br><br>ERNST & YOUNG LLP, a limited liability partnership; ERNST & YOUNG U.S. LLP, a limited liability partnership; and DOES 1-100, inclusive,<br><br>              Defendants. | Case No.  2:08-cv-00889-GEB-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO TRANSFER ACTION TO NORTHERN DISTRICT OF CALIFORNIA** |

1   Plaintiff Joseph Landon ("Plaintiff") and Defendants Ernst & Young LLP and

2   Ernst & Young U.S. LLP ("Defendants"), by and through their respective counsel,

3   hereby agree and stipulate as follows:

4   **WHEREAS**, *Ho v. Ernst & Young LLP*, Case No. CV 05-04867 ("The *Ho*

5   Action") was filed on September 27, 2005 in Santa Clara County Superior Court and

6   was removed to the United States District Court for the Northern District of California

7   on November 29, 2005;

8   **WHEREAS,** the instant action was filed in Placer County Superior Court on

9   February 21, 2008 and was removed to this Court on April 25, 2008;

10   **WHEREAS,** on May 5, 2008, Defendants filed a Motion to Transfer this action

11   to the Northern District on the grounds that it involves substantially similar claims and

12   putative classes to those alleged in the *Ho* Action, and therefore transfer would promote

13   the interests of justice and convenience to the parties and witnesses;

14   **WHEREAS,** Plaintiff does not oppose the Motion to Transfer;

**THE PARTIES HEREBY STIPULATE** that this action should be transferred to the Northern District and respectfully request an order to that effect.

Dated: _____          LAW OFFICE OF STEVEN ELSTER


                                By_____
                                          Steven Elster
                                Attorneys for Plaintiff Joseph Landon


Dated: _____          AKIN GUMP STRAUSS HAUER &
                                FELD LLP


                                By_____
                                          Anastasia M. Boles
                                Attorneys for Defendant Ernst & YOUNG
                                LLPT and Ernst & Young U.S. LLP


**IT IS SO ORDERED.**

Dated:  6/5/08

                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge